```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 27636
  DACX MARQUEE JERNIGAN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
  SSN XXX-XX-1582


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/12/05 and confirmed on 09/30/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  20750.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED | 10000.00 | 1356.63 | 10000.00 |
| ALVERNO PROFESSIONAL SER | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL RECOVERIES INC | UNSECURED | 3851.00 | .00 | 1268.48 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 1510.00 | .00 | 497.38 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DSG GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| FRANKS ADJUSTMENT BUREAU | UNSECURED | 283.09 | .00 | 93.25 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | 3059.90 | .00 | 1007.90 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN IL EMERGENCY PH | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| PROFESSIONAL PLACEMENT S | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM | UNSECURED | 2950.34 | .00 | 971.81 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| WALGREENS | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

```
ILLINOIS DEPT REVENUE      PRIORITY         NOT FILED              .00            .00
CAPITAL ONE AUTO FINANCE UNSECURED           2273.10               .00         748.73
      Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10000.00         .00     13927.43         .00     23927.43
PRINCIPAL PAID      10000.00         .00      4587.55         .00     14587.55
INTEREST PAID        1356.63         .00           .00         .00      1356.63
TOTAL PAID          11356.63         .00      4587.55         .00     15944.18
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    855.82 .

Refunds to the Debtor totaled $   1250.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/09/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 27636 DACX MARQUEE JERNIGAN